Form 149 − ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 18−30274−VFP
                                Chapter: 7
                                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Young S Jang
   338 Slocum Way
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−3943

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 12/11/2018 has been vacated effective 12/14/2018.

Dated: December 14, 2018
JAN: jf

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30274-VFP
Young S Jang                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2             Date Rcvd: Dec 14, 2018
                              Form ID: 149               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
```
db              +Young S Jang,    338 Slocum Way,    Fort Lee, NJ 07024-4631
517807698       +Atlantic Credit & Finance, Inc.,     111 Franklin Rd SE,    Roanoke, VA 24011-2114
517807699      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,     PO Box 982238,    El Paso, TX 79998)
517892170       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517807700       +Bank of New York,    c/o Pluese Becker & Saltzman LLC,     20000 Horizon Way, Ste 900,
                  Mount Laurel, NJ 08054-4318
517807701       +Cavalry SPV I, LLC,    c/o Apothaker Scian PC,     520 Fellowship Rd Ste C306,
                  Mount Laurel, NJ 08054-3410
517807702       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517807703       +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
517807704       +JPMorgan Chase Bank,    c/o Helfand & Helfand,     350 5th Ave. Ste 5330,
                  New York, NY 10118-5306
517893657        NORTHERN VALLEY ANESTHESIOLOGY PA,     PO Box 1123,    Minneapolis, MN 55440-1123
517807706       +Noah Bank,    2337 Lemoine Ave,    Fort Lee, NJ 07024-6211
517807707       +Springfield Diversified Partners LLC,     c/o Savo, Schalk, Gillespie,    77 N Bridge St,
                  Somerville, NJ 08876-1918
517807708       +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517838112       +The Bank of New York Mellon Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517807709     ++++VOLKSWAGEN CREDIT INC.,    6799 NE BENNETT ST,    HILLSBORO OR  97124-5847
                (address filed with court:  Volkswagen Credit Inc.,     22823 NW BENNETT ST,
                  Hillsboro, OR 97124)
517872781       +VW Credit Inc. dba Volkswagen Credit,    PO Box 9013,    Addison, Texas 75001-9013
517873585       +Wells Fargo Bank, N.A.,    Small Business Lending Division,     P.O. Box 29482,
                  Phoenix, AZ 85038-9482
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:25      United States Trustee,
                  Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517836260       +E-mail/Text: bankruptcy@cavps.com Dec 15 2018 00:00:45      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517807705       +E-mail/PDF: pa_dc_claims@navient.com Dec 15 2018 00:04:40      Navient,    PO BOX 9500,
                  Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 4
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Dec 14, 2018
                              Form ID: 149             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. f/k/a
The Bank of New York Trust Company, N.A., as trustee for Chase Mortgage Finance Corporation
Multi-Class Mortgage Pass-Through Certificates Series dcarlon@kmllawgroup.com,
bkgroup@kmllawgroup.com

        Hyung S. Kim    on behalf of Debtor Young S Jang James@hskimLaw.com, Soo@hskimlaw.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A.
f/k/a The Bank of New York Trust Company, N.A., as trustee for Chase Mortgage Finance
Corporation Multi-Class Mortgage Pass-Through Certificates Series rsolarz@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5